IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.	CAUSE NO.: 3:17-CR-143-SA-RP

RONALD W. HALE	DEFENDANT

ORDER GRANTING MOTION FOR RELEASE OF BOND

Presently before the Court is the Defendant's Amended Motion for Release of Funds [39] posted as security on the Defendant's behalf. Upon due consideration, the Court finds that the motion should be granted.

Therefore, it is hereby ORDERED that:

1) The Motion for Release of Funds [39] is GRANTED; and

2) The Clerk of the Court shall remit all funds used as security for this Defendant, $500.00, to Dolly Cox to the address on file with the Clerk's Office.

It is SO ORDERED on this the 17th day of January, 2018.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE